

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERIC LANGER, | ) | NO. CV 11-00252 SJO (RZx) |
| Plaintiff, | ) | **JUDGMENT IN FAVOR OF DEFENDANT LARRY F. FISHMAN** |
| | ) | |
| v. | ) | |
| | ) | |
| ABNK PROPERTIES, LLC, et al., | ) | |
| Defendants. | ) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Defendant Larry F. Fishman's Motion for Summary Judgment ("Motion"), filed September 26, 2011.  Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties, show that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law.  The Court grants Defendant's Motion against Plaintiff Eric Langer, also known as Eric Langer.

///

///

1       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be,

2   and hereby is, entered in favor of Defendant Larry F. Fishman as to all claims.

3       IT IS SO ADJUDGED.

4

5   Dated: November 8, 2011.

6

7                                      _____

8                                             S. JAMES OTERO
                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28